**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                   CASE NO: 8:07-cr-119-T-26MAP

JOSE ALONSO NUNEZ-GUTIERREZ
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Motion for Permission to Appear Pro Hac Vice and for Substitution of Counsel (Dkt. 15) is granted.  Manuel Lopez is substituted as counsel of record for Scott Robbins.

2) Manuel Lopez shall, within 10 days of this order, comply with the requirements of Local Rule 2.02(a) by associating local counsel.

3) Manuel Lopez shall, within 30 days of this, order comply with the administrative procedures in effect in this district for electronic filing in civil and criminal cases.

**DONE AND ORDERED** at Tampa, Florida, on May 22, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record