**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO.: 9:07-cr-00119-RAL-MAP-2

**UNITED STATES OF AMERICA,**
    *Plaintiff*,
vs.

**JOSE ALONSO NUNEZ-GUTIERREZ.**
    *Defendant.*
_____/

**NOTICE OF APPEARANCE**

Comes Now, David M. Fernandez, and hereby enters this permanent appearance as counsel for Defendant, Jose Alfonso Nunez-Gutierrez, in the above styled case. This appearance does not include direct or collateral appellate representation. The Clerk of this Court is hereby directed to furnish all future pleadings and/or correspondence pertaining to this cause to the undersigned.

        Respectfully Submitted,
        David Fernandez, P.A.
        Attorney for Jose Alfonso Nunez-Gutierrez

By :   s/ David M. Fernandez
        David M. Fernandez
        One Southeast Third Avenue,
        Suite 2120
        Miami, Florida 33131
        Telephone: (305) 480-8788
        Email:  DavidFernandez.PA@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically via the CM/ECF system on January 26, 2022. The following parties shall be noticed accordingly:

Joseph K. Ruddy
Assistant United States Attorney