UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Tampa Division)

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. 8:07 CR 119 (RAL) |
| JOSE ALONSO NUÑEZ-GUTIERREZ | : |
| Defendant | : |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Undersigned counsel hereby asks this Court for an order to allowing the defense to file Jose Alonso Nuñez-Gutierrez's motion and exhibits under seal. The motion and exhibits contain personal information, including the defendant's health records that the defense is uncomfortable placing in the public domain for security and other reasons.

For all of the reasons set forth herein, the defense respectfully requests that the Court allow the attached motion and exhibits for Jose Alonso Nuñez-Gutierrez to be filed under seal.

Respectfully submitted,

*/s/ Sandi S. Rhee*
Sandi S. Rhee (VSBN # 47328)
Special Admission Pro Hac Vice
228 S Washington St., Suite 300
Alexandria, Virginia 22314
(202)285-8366 cellular phone
SandiRheeLaw@Gmail.com